**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARLENE VASQUEZ, individually and as parent
and natural guardian of L.C.,

Plaintiff,

-against-                                                          24 **CIVIL** 9029 (LJL)

**JUDGMENT**

MELISSA AVILES RAMOS, et al.,

Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated January 26, 2026, Plaintiff's motion for summary

judgment is DENIED in part and GRANTED in part, and Defendants' cross-motion for summary

judgment is GRANTED.

**Dated:**  New York, New York

March 4, 2026

**TAMMI M. HELLWIG**
_____
**Clerk of Court**

**BY:**         K. Mango

_____
**Deputy Clerk**